# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0154.  STACEY J. GOLDRING v. SHELENA MAUREN SPENCER et al.

Stacey J. Goldring filed this application for discretionary appeal from the state court's order dismissing her civil complaint. A party may appeal directly from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35."  OCGA § 5-6-34 (a) (1).  The order that Goldring wishes to appeal is a final judgment, and no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply here.  Thus, Goldring had a right of direct appeal.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Goldring shall have ten days from the date of this order to file a notice of appeal with the trial court.  If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/09/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.